No. 02–10873.  MARTINEZ-VERA *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–10874.  LUNDAHL *v.* HARDING, JUDGE, DISTRICT COURT OF UTAH, UTAH COUNTY.  Ct. App. Utah.  Certiorari denied.

No. 02–10875.  JUAREZ *v.* YUKINS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–10876.  JOHNSON *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 02–10878.  LEWIS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10879.  STANFORD *v.* CITY OF COSTA MESA, CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 02–10880.  RELIFORD *v.* SOUTH CAROLINA.  Ct. Common Pleas of Aiken County, S. C.  Certiorari denied.

No. 02–10881.  JON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10882.  KEMP *v.* SANDOVAL, ATTORNEY GENERAL OF NEVADA.  C. A. 9th Cir.  Certiorari denied.

No. 02–10884.  BAKSH *v.* SHEARIN, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 02–10887.  ALEXANDER *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10888.  BOND *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–10890.  LENOIR *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–10892.  MORETTI *v.* CICCONE, SHERIFF, BERGEN COUNTY, NEW JERSEY, ET AL.  C. A. 3d Cir.  Certiorari denied.